ORIGINAL

FILED
DISTRICT COURT OF GUAM
NOV 14 2002
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

HANSEN HELICOPTERS, INC.,,

    Plaintiff,

vs.

OCEANAIR LOGISTICS, LORENZO LOPEZ, and AMERICAN NAT'L FIRE INS. CO.,

    Defendants.

Civil Case No. 02-00029

ORDER

On October 2, 2002, plaintiff commenced suit in the above-captioned case by filing a complaint. On October 23, 2002, the Court received via facsimile an 8-page document entitled "Defendant's [sic] Response to Complaint" and accompanying Exhibits A through D, which was filed and docketed as document #2. The defendants had not secured the permission of this Court to file by facsimile as required by Rule GR 5.1(a) of the Local Rules of Practice for the District Court of Guam. Accordingly, the Court hereby STRIKES document #2 from the record.

Dated this 14th day of November, 2002.

                JOHN S. UNPINGCO
                District Judge