CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Agana, Guam 96932-5027
Tel. No. (671) 472-6813

Attorneys for Plaintiff
Hansen Helicopters, Inc.

FILED
DISTRICT COURT OF GUAM
DEC 0 5 2002
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HANSEN HELICOPTERS, INC., <br><br> Plaintiff, <br> vs. <br><br> OCEANAIR LOGISTICS, <br> LORENZO LOPEZ, and <br> AMERICAN NATIONAL FIRE <br> INSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO. CIV02-00029 <br><br> **STIPULATION TO EXTEND TIME LIMITS STATED IN SCHEDULING NOTICE; ORDER** |

On November 8, 2002 the Court filed a Scheduling Notice, a copy of which is attached hereto as **Exhibit A**. At that time no defendant had appeared in the action. Currently, David W. Dooley, Esq. has appeared and answered on behalf of defendant AMERICAN NATIONAL FIRE INSURANCE COMPANY, and Steven A. Zamsky, Esq. has indicated he will appear and answer on behalf of defendants OCEANAIR LOGISTICS and LORENZO LOPEZ not later than December 11, 2002.

///

///

In the circumstances, Hansen Helicopters, Inc., American National Fire Insurance Company and Oceanair Logistics and Lorenzo Lopez, through counsel, stipulate to extend the existing Scheduling Notice deadlines as follows:

1. Counsel of record shall meet and confer not later than December 23, 2002.

2. A Proposed Scheduling Order and Discovery Plan shall be filed on or before the 13th day of January 2003.

3. A Scheduling Conference shall be held on __Thursday January 16, 2002__ at __3:00__ a.m./(p.m.).

Dated this 3rd day of December 2002.

CARLSMITH BALL LLP

_____
DAVID P. LEDGER
Attorneys for Plaintiff
Hansen Helicopters, Inc.

Dated this __4th__ day of December 2002.

ZAMSKY LAW FIRM

_____
STEVEN A. ZAMSKY
Attorneys for Defendants
Oceanair Logistics and Lorenzo Lopez

Dated this __3__ day of December 2002.

DOOLEY LANNEN ROBERTS
& FOWLER LLP

_____
DAVID W. DOOLEY
Attorneys for Defendant
American National Fire Insurance Company

## ORDER

The Court, having considered the above stipulation of counsel to amend the Scheduling Notice filed on November 8, 2002, and good cause appearing therefore, hereby Orders that the Scheduling Notice be amended as follows:

1. Counsel of record shall meet and confer not later than December 23, 2002.

2. A Proposed Scheduling Order and Discovery Plan shall be filed on or before the 13th day of January 2003.

3. A Scheduling Conference shall be held on _Thursday January 16, 2003_ at _3:00_ a.m./p.m.

**SO ORDERED** this _5th_ day of December 2002.

_____
HONORABLE JOHN S. UNPINGCO
Chief Judge, District Court of Guam

RECEIVED
DEC 05 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM

FILED
DISTRICT COURT OF GUAM
NOV - 8 2002
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

HANSEN HELICOPTERS, INC.,

    Plaintiff,

vs.

OCEANAIR LOGISTICS, LORENZO LOPEZ, and AMERICAN NATIONAL FIRE INSURANCE COMPANY,

    Defendants.

Civil Case No. 02-00029

**SCHEDULING NOTICE**

David Ledger
Elyze McDonald
CARLSMITH BALL LLP
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
Hagatna, GU 96910

Lorenzo J. Lopez
10925 NW 27th Street
Suite 103
Miami, Florida 33172

    The Local Rules establish procedures for complying with Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure. Counsel should study the Local Rules before attempting to process cases in this Court.

    Pursuant to Local Rules 16.1 and 16.2, it is hereby ORDERED that:

    1.    Counsel of record and all pro se litigants that have appeared in the case must meet and confer, within fifteen (15) days after receipt of this Notice, but no later than sixty (60) days after the filing of the complaint, prior to commencing discovery.

    2.    A proposed Scheduling Order and a proposed Discovery Plan shall be filed on or before the 14th day of December, 2002. Careful and immediate attention should be

**EXHIBIT A**

given to the directions in Local Rules 16.1 and 16.2 to ensure complete and timely compliance with Federal Rules 16(b) and 26(f), and Local Rules.

3. Plaintiffs' counsel, or if the plaintiff is pro se, then the pro se plaintiff, must take the lead in the preparation of the Scheduling Order. If a defendant is not contacted by a pro se plaintiff within the required time frame, the defendant's counsel shall contact the pro se plaintiff and arrange a meeting to comply with this Rule in the appropriate time frame. The failure of a party or its counsel to participate in good faith in the framing of a Scheduling Order may result in the imposition of sanctions.

4. Counsel of record and all pro se litigants that have appeared in the case are jointly responsible for submitting a Proposed Discovery Plan to the Court.

5. A Scheduling Conference shall be held on the **27th** of **December, 2002 at 3:00 p.m.**

6. Counsel are reminded that:
   a) The filing of motions does not postpone discovery.
   b) Local Rule 37.1 governs discovery disputes and motions.
   c) The number and form of interrogatories are governed by Local Rule 33.1.
   d) Discovery documents and certificates of service shall not be filed with the Clerk until there is a proceeding in which the document or proof of service is in issue.

Dated: November 8, 2002

MARY L. M. MORAN
Clerk of Court

By: _____
Deputy Clerk