Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 477-3637
Facsimile: (671) 472-1584

Attorneys for Defendant
OCEAN AIR LOGISTICS and LORENZO LOPEZ

IN THE UNITED STATES DISTRICT COURT FOR GUAM

| | |
|---|---|
| HANSEN HELICOPTERS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> OCEAN AIR LOGISTICS, ) <br> LORENZO LOPEZ, and ) <br> AMERICAN NATIONAL FIRE ) <br> INSURANCE COMPANY ) <br> ) <br> Defendants. ) <br> ) | CIVIL CASE NO. CIV02-00029 <br><br><br> **NOTICE OF NON-OPPOSITION** |

Defendants Ocean Air Logistics ("Ocean Air") and Lorenzo Lopez ("Lopez") have no objection to the settlement between Hansen Helicopters, Inc. and Great American Insurance Company of New York. Ocean Air and Lopez believe that the settlement is made in good faith, however, they reserve the right to argue to the court the manner in which the proceeds of the settlement should be credited against the claims made by Hansen against Ocean Air and Lopez.

Date: 5-1-03

STEVEN A. ZAMSKY
Attorney for Ocean Air Logistics and
Lorenzo Lopez