DOOLEY LANNEN ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96911
Telephone: (671) 646-1222
Facsimile: (671) 646-1223

Attorneys for Defendant
GREAT AMERICAN INSURANCE COMPANY OF NEW YORK
*FKA AMERICAN NATIONAL FIRE INSURANCE CO.*



IN THE UNITED STATES DISTRICT COURT FOR GUAM

| | | |
|---|---|---|
| HANSEN HELICOPTERS, INC., | ) | CIVIL CASE NO. CIV02-00029 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| OCEAN AIR LOGISTICS, LORENZO LOPEZ, and AMERICAN NATIONAL FIRE INSURANCE COMPANY | ) | |
| Defendants. | ) | |

This court, after reviewing the pleadings on file herein and the declarations of David W. Dooley and David P. Ledger, finds that the settlement entered into by Plaintiff Hansen Helicopters and Defendant Great American Insurance Company of New York for the amount of $20,000.00 has been made in good faith. Any and all crossclaims which could have been pled against Great American Insurance Company of New York are therefore barred pursuant to the Contribution Among Joint Tortfeasors Act of Guam. See 7 GCA § 24606.

SO ORDERED: JUN 0 9 2003

JUDGE JOHN S. UNPINGCO

*Hansen Helicopters, Inc. v. Ocean Air, et. al.*
*Order*

APPROVED AS TO FORM:

CARLSMITH BALL LLP

_____
By: DAVID P. LEDGER
Attorney for Hansen Helicopters, Inc.


_____ 05-01-03
STEVEN A. ZAMSKY
Attorney for Ocean Air Logistics and
Lorenzo Lopez

DWD:lcr: F#G217 F:\Documents\LROJAS\G217 Great American\Pleadings\Order.042503.doc

2