FILED
DISTRICT COURT OF GUAM
NOV 07 2003
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| HANSEN HELICOPTER, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OCEANAIR LOGISTICS et.al., <br><br> Defendants. | Civil Case No. 02-00029 <br><br><br> MINUTES |

( ) SCHEDULING CONFERENCE     (√) PRELIMINARY PRETRIAL CONFERENCE
                                November 7, 2002 at 3:00 p.m.

( ) FINAL PRETRIAL CONFERENCE     ( ) OTHER

**Note(s)**: Attorneys Steven Zamsky and Donald Calvo appeared. The Court and counsel discussed the following:

   1. Because of impending criminal trials the Court informed the parties that the trial would be rescheduled to December 18, 2003.

   2. The parties stated that they expect the length of the trial to be one to two days.

   3. The Court informed the parties that they needed to file their Trial Briefs, Witness lists, Exhibit lists, and Pretrial Orders.

   4. The Final Pretrial Conference was rescheduled to December 11, 2003 at 3:00 p.m.

   Dated: November 7, 2003.

                                            _____
                                            KIM R. WALMSLEY
                                            Law Clerk