Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone:  (671) 477-3637
Facsimile :  (671) 472-1584

Attorneys for Defendants OceanAir Logistics and Lorenzo Lopez

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HANSEN HELICOPTERS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> OCEANAIR LOGISTICS, LORENZO ) <br> LOPEZ, and AMERICAN NATIONAL ) <br> FIRE INSURANCE COMPANY, ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL CASE NO. CIV02-00029 <br><br> DEFENDANTS OCEANAIR LOGISTICS AND LORENZO LOPEZ'S RULE 26(A)3 PRETRIAL DISCLOSURES; DECLARATION OF SERVICE |

I.   WITNESSES:

    A.   <u>Witnesses Defendants OceanAir Logistics and Lorenzo Lopez expect to call at Trial</u>.

        1.   Lorenzo Lopez, owner of OceanAir Logistics.

    B.   <u>Witnesses Defendants OceanAir Logistics and Lorenzo Lopez may call if the need arises</u>.

        1.   John Sherman, as authorized representative of DHX.

ORIGINAL

Page 2
Defendant OceanAir Logistics and Lorenzo Lopez's Rule 26(A)3 Pretrial Disclosures; Declaration of Service
Hansen Helicopters, Inc. v. OceanAir Logistics, et al.
District Court of Guam Civil Case No. CIV02-00029

II.  DOCUMENTS AND EXHIBITS:

A.  <u>Documents and exhibits Defendants OceanAir Logistics and Lorenzo Lopez expects to offer at Trial</u>.

1. OceanAir's invoice to Hansen Helicopters, Inc. showing the $3,125.00 premium OceanAir charged and collected from Hansen Helicopters, Inc. for insurance on the helicopter.

2. OceanAir's application to its insurance broker for a single shipment cargo insurance policy for the helicopter.

3. The Certificate of Insurance issued to OceanAir for a single shipment cargo insurance policy for the helicopter.

4. The insurance policy.

5. Hansen Helicopters' Notice of Damage to aircraft and claim.

6. The insurance company's denial of Hansen Helicopter's claim.

7. Hansen Helicopters' statement of damage to the helicopter and repair costs.

8. Allied Marine Surveyors' Survey Report.

///

///

///

///

Page 3
Defendant OceanAir Logistics and Lorenzo Lopez's Rule 26(A)3 Pretrial Disclosures; Declaration of Service
Hansen Helicopters, Inc. v. OceanAir Logistics, et al.
District Court of Guam Civil Case No. CIV02-00029

B. <u>Other witnesses and documents</u>.

Defendants OceanAir Logistics and Lorenzo Lopez reserves the right to supplement this disclosure of witnesses and documents, to call rebuttal witnesses as required and to offer written rebuttal and impeachment evidence as required.

Dated this **4th** day of **December 2003**.

        **ZAMSKY LAW FIRM**
        **Attorneys for Defendants**
          **OceanAir Logistics and Lorenzo Lopez**

By: _____
        STEVEN A. ZAMSKY

Page 4
Defendant OceanAir Logistics and Lorenzo Lopez's Rule 26(A)3 Pretrial Disclosures; Declaration of Service
Hansen Helicopters, Inc. v. OceanAir Logistics, et al.
District Court of Guam Civil Case No. CIV02-00029

## DECLARATION OF SERVICE

I, Steven A. Zamsky, hereby declare under penalty of perjury of the laws of the United States, that on the 4th day of **December 2003**, I caused to be served by hand delivery a true and correct copy of the foregoing **DEFENDANTS OCEANAIR LOGISTICS AND LORENZO LOPEZ'S RULE 26(A)3 PRETRIAL DISCLOSURES; DECLARATION OF SERVICE** upon **David P. Ledger, Esq., CARLSMITH BALL, LLP**, Suite 401, Bank of Hawaii Building, 134 West Soledad Avenue, Hagåtña, Guam USA 96910, **Attorneys for Plaintiff Hansen Helicopters, Inc.**.

Dated this 4th day of **December 2003**.

_____
STEVEN A. ZAMSKY

Z8(0486.00)\PLD\P#2097