\` ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Hansen Helicopters, Inc.



FILED
DISTRICT COURT OF GUAM
DEC - 4 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HANSEN HELICOPTERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OCEAN AIR LOGISTICS, LORENZO LOPEZ and AMERICAN NATIONAL FIRE INSURANCE COMPANY, <br><br> Defendants. | CIVIL CASE NO. CIV02-00029 <br><br> **PLAINTIFF HANSEN HELICOPTERS, INC.'S WITNESS LIST; DECLARATION OF SERVICE** |

    Plaintiff Hansen Helicopters, Inc. intends to call the following witnesses, each having been timely disclosed pursuant to Rule 26(a)(3).

    1.  Jon Walker, owner of Hansen Helicopters. Mr. Walker will testify about his aviation business generally, the specific business transaction between Hansen Helicopters and the Defendants giving rise to this action, the damage to the helicopter, denial of Hansen's insurance claim for said damage and Hansen's out-of-pocket costs to repair the helicopter.

    2.  A representative from AON Insurance, most likely Mr. George Baldwin. Mr. Baldwin will testify regarding the premium AON quoted Hansen for an "all-risk" insurance

policy to provide coverage for damage to a helicopter being shipped from the U.S. Mainland to Guam.

   3. If needed at trial, Hansen will call Timothy Westman of Allied Marine Surveyors. When the helicopter was delivered to Hansen in damaged condition Mr. Westman surveyed the damage and provided the insurance company with a report and recommended allowance for repairs.

   Plaintiff reserves the right to call other witnesses as required for rebuttal and impeachment, and any witness named or called by Defendants.

   DATED: Hagåtña, Guam, December 4, 2003.

CARLSMITH BALL LLP

             DAVID LEDGER
             ELYZE McDONALD
             Attorneys for Plaintiff
             Hansen Helicopters, Inc.

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on the 4th day of December 2003, I will cause to be served, via hand delivery, a true and correct copy of Plaintiff Hansen Helicopter, Inc.'s Witness List; Declaration of Service, upon Defendant Ocean Air Logistics and Lorenzo Lopez's Counsel of record as follows:

>Steven A. Zamsky, Esq.
>Zamsky Law Firm
>Suite 805, GCIC Building
>414 West Soledad Avenue
>Hagåtña, Guam 96910

Executed this 4th day of December 2003 at Hagåtña, Guam.

*/s/ David Ledger*
DAVID LEDGER