CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Hansen Helicopters, Inc.



FILED
DISTRICT COURT OF GUAM
DEC - 4 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HANSEN HELICOPTERS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>OCEAN AIR LOGISTICS, LORENZO LOPEZ and AMERICAN NATIONAL FIRE INSURANCE COMPANY,<br><br>    Defendants. | CIVIL CASE NO. CIV02-00029<br><br>**JOINT** EXHIBIT LIST; DECLARATION OF SERVICE |

The parties Joint Exhibit List follows. The required three ring binders with the Joint Exhibits will be lodged with the Court. Neither party anticipates that any exhibit other than the below-identified joint exhibits will be used at trial.

| **EXHIBIT** | **DESCRIPTION** | **DATE IDENTIFIED** | **DATE ADMITTED** |
|---|---|---|---|
| J-1. | OceanAir's invoice to Hansen Helicopters showing the $3,125.00 premium OceanAir charged and collected from Hansen for insurance on the helicopter. | | |

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| J-2. | OceanAir's application to its insurance broker for a single shipment cargo insurance policy for the helicopter. | | |
| J-3. | The Certificate of Insurance issued to OceanAir for a single shipment cargo insurance policy for the helicopter. | | |
| J-4. | The insurance policy for the shipment of the helicopter. | | |
| J-5. | Hansen Helicopters' Notice of Damage to aircraft and claim. | | |
| J-6. | The insurance company's denial of Hansen's claim | | |
| J-7. | Hansen Helicopters' statement of damage to the helicopter and repair costs. | | |
| J-8. | Allied Marine Surveyors' Survey Report. | | |
| J-9. | Ocean bill of lading for the helicopter. | | |
| J-10. | Hansen Helicopters' Notice of Loss or Damage. | | |

2.

DATED: Hagåtña, Guam, December 4, 2003.

CARLSMITH BALL LLP

_____
DAVID LEDGER
ELYZE McDONALD
Attorneys for Plaintiff
Hansen Helicopters, Inc.

4814-7983-4624.1

3.

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on the 4th day of December 2003, I will cause to be served, via hand delivery, a true and correct copy of Plaintiff Hansen Helicopters, Inc.'s Exhibit List; Declaration of Service, upon Defendant Ocean Air Logistics and Lorenzo Lopez's Counsel of record as follows:

> Steven A. Zamsky, Esq.
> Zamsky Law Firm
> Suite 805, GCIC Building
> 414 West Soledad Avenue
> Hagåtña, Guam 96910

Executed this 4th day of December 2003 at Hagåtña, Guam.

_____
DAVID LEDGER