Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Defendants OceanAir Logistics and Lorenzo Lopez

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HANSEN HELICOPTERS, INC., | CIVIL CASE NO. CIV02-00029 |
| Plaintiff, | |
| vs. | DEFENDANTS OCEANAIR LOGISTICS AND LORENZO LOPEZ'S WITNESS LIST; DECLARATION OF SERVICE |
| OCEANAIR LOGISTICS, LORENZO LOPEZ, and AMERICAN NATIONAL FIRE INSURANCE COMPANY, | |
| Defendants. | |

Defendants OceanAir Logistics and Lorenzo Lopez intends to call the following witnesses, each having been timely disclosed pursuant to Rule 26(a)(3).

1.  Lorenzo Lopez, owner of OceanAir Logistics. Mr. Lopez will testify about his knowledge of the transaction.

2.  If needed at trial, Defendants will call John Sherman, as authorized representative of DHX. Mr. Sherman will testify about the availability of different types of insurance when shipping.

ORIGINAL

Page 2
Defendant OceanAir Logistics and Lorenzo Lopez's Witness List; Declaration of Service
Hansen Helicopters, Inc. v. OceanAir Logistics, et al.
District Court of Guam Civil Case No. CIV02-00029

Defendants reserve the right to call other witnesses as required for rebuttal and impeachment, and any witness named or called by Plaintiff.

Dated this **4th** day of **December 2003**.

> ZAMSKY LAW FIRM
> Attorneys for Defendants
>   OceanAir Logistics and Lorenzo Lopez
>
> By: _____
>     STEVEN A. ZAMSKY

Page 3
Defendant OceanAir Logistics and Lorenzo Lopez's Witness List; Declaration of Service
Hansen Helicopters, Inc. v. OceanAir Logistics, et al.
District Court of Guam Civil Case No. CIV02-00029

## DECLARATION OF SERVICE

I, Steven A. Zamsky, hereby declare under penalty of perjury of the laws of the United States, that on the **5th** day of **December 2003**, I caused to be served by hand delivery a true and correct copy of the foregoing **DEFENDANTS OCEANAIR LOGISTICS AND LORENZO LOPEZ'S WITNESS LIST; DECLARATION OF SERVICE** upon **David P. Ledger, Esq., CARLSMITH BALL, LLP**, Suite 401, Bank of Hawaii Building, 134 West Soledad Avenue, Hagåtña, Guam USA 96910, **Attorneys for Plaintiff Hansen Helicopters, Inc.**.

Dated this **4th** day of **December 2003**.

*/s/ Steven A. Zamsky*
STEVEN A. ZAMSKY

Z8(0486.00)\PLD\P#2098