Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Defendants OceanAir Logistics and Lorenzo Lopez

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HANSEN HELICOPTERS, INC., ) | CIVIL CASE NO. CIV02-00029 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | STIPULATION AND ORDER |
| ) | REGARDING TESTIMONY OF |
| OCEANAIR LOGISTICS, LORENZO ) | DEFENDANT LORENZO LOPEZ |
| LOPEZ, and AMERICAN NATIONAL ) | |
| FIRE INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

COMES NOW, Defendants OceanAir Logistics and Lorenzo Lopez (hereinafter "**Defendants**") and Plaintiff Hansen Helicopters, Inc. (hereinafter "**Plaintiff**") by and through their undersigned counsel and STIPULATE AND AGREE as follows:

1.  That the testimony of Defendant Lorenzo Lopez shall be via telephone.

///

///

///

ORIGINAL

Page 2
Stipulation and Order Regarding Testimony of Defendant Lorenzo Lopez
Hansen Helicopters, Inc. v. OceanAir Logistics, et al.
District Court of Guam Civil Case No. CIV02-00029

2. That Defendants' attorney shall deliver to Defendant Lorenzo Lopez, prior to the date of Trial, an additional exhibit book for his use during such testimony.

Dated this 2 day of **December 2003**.

ZAMSKY LAW FIRM
Attorneys for Defendants
    OceanAir Logistics and Lorenzo Lopez

By: _____
        STEVEN A. ZAMSKY

SO AGREED:

CARLSMITH BALL LLP
Attorneys for Plaintiff
    Hansen Helicopters, Inc.

By: _____
        DAVID P. LEDGER

Dated: 12/03/03

ORDER

SO ORDERED this ____ day of December 2003.

_____
HONORABLE JOHN S. UNPINGCO
Chief Judge, District Court of Guam

Z8(0486.00)\PLD\P#2095

RECEIVED
DEC - 3 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM