ORIGINAL

FILED
DISTRICT COURT OF GUAM
DEC 10 2003
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| HANSEN HELICOPTERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OCEANAIR LOGISTICS, LORENZO LOPEZ, and AMERICAN NATIONAL FIRE INSURANCE COMPANY, <br><br> Defendant. | Civil Case No. 02-00029 <br><br><br><br> ORDER |

On December 3, 2002, the parties submitted a stipulation and proposed order concerning the testimony of defendant, Lorenzo Lopez. The parties agreed that the defendant would be permitted to testify by telephone at the trial. The Court will not permit the defendant to testify in this manner. The Court is concerned that the jury will find it far more difficult to determine the credibility of the defendant without directly viewing the defendant's demeanor. Additionally, there is a concern that there would be no oversight to ensure that the defendant would be testifying on the basis of his own recollection and knowledge without the benefit of documentation or assistance from another person. Accordingly, the Court denies the request. Should the defendant find it

///

///

///

impossible to attend the trial in person, he may appear via video conferencing or the parties can agree to introduce in whole or in excerpts his deposition transcript.

IT IS SO ORDERED this 10th day of December, 2003.

_____
JOHN S. UNPINGCO
District Judge