ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Hansen Helicopters, Inc.



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HANSEN HELICOPTERS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>OCEAN AIR LOGISTICS, LORENZO LOPEZ and AMERICAN NATIONAL FIRE INSURANCE COMPANY,<br><br>Defendants. | CIVIL CASE NO. CIV02-00029<br><br>**STIPULATION AND ORDER TO VACATE DECEMBER 18, 2003 TRIAL DATE AND FOR CONTINUANCE OF TRIAL** |

WHEREAS, non-jury trial in this matter is scheduled for December 18, 2003;

WHEREAS, Plaintiff Hansen Helicopters may testify at trial only by way of its owner Jon D. Walker;

WHEREAS, as of yesterday, December 10, 2003, Mr. Walker faces a non-medical yet unexpected emergency which will require that he be in the United States on the day of trial;

WHEREAS, Mr. Walker is unable to adjust his schedule to be able to deal with the emergency, which involves serious damage to one of Hansen's aircraft, and attend trial on

December 18, 2003;

        IT IS HEREBY STIPULATED BY AND BETWEEN THE PARITIES that the trial of this action be continued to a date convenient to the Court and the parties.

        SO STIPULATED AND AGREED TO this 11th day of December 2003.

CARLSMITH BALL LLP

_____
DAVID LEDGER
ELYZE McDONALD
Attorneys for Plaintiff
Hansen Helicopters, Inc.

        SO STIPULATED AND AGREED TO this _11_ day of December 2003.

ZAMSKY LAW FIRM

_____
STEVEN A. ZAMSKY
Attorneys for Defendants
Ocean Air Logistics and Lorenzo Lopez

## ORDER

The Court having considered the stipulation of the parties to vacate the trial date for this action and continue the trial to a date to be selected by the parties and approved by the Court, and good cause appearing therefore,

        IT IS HEREBY ORDERED that the trial date of December 18, 2003 is vacated;

        IT IS HEREBY FURTHER ORDERED that the trial shall be re-set upon submission by the parties of an Application For New Trial Date with due consideration to be given to the Court's trial calendar.

SO ORDERED: DEC 1 5 2003

_____
HONORABLE JOHN S. UNPINGCO
Chief Judge, District Court of Guam

RECEIVED
DEC 11 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM