DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| HANSEN HELICOPTERS, INC.<br><br>    Plaintiff,<br>vs.<br>OCEANAIR LOGISTICS, et. al.<br><br>    Defendants. | Civil Case No. 02-00029<br><br>ORDER |

The Court has been advised by counsel that they would like to proceed to trial. Accordingly, the preliminary pretrial conference is hereby scheduled for October 5, 2004 at 9:30 a.m. The trial shall commence on October 18, 2004, at 9:00 a.m. The Honorable Alex R. Munson shall preside over the trial and preliminary pretrial conference. The parties are required to comply with the deadlines as set forth in the Local Rules regarding the submission of all trial documents.

IT IS SO ORDERED this 20th day of August, 2004.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge