```
FILED
DISTRICT COURT OF GUAM
SEP 27 2004
MARY L. M. MORAN
CLERK OF COURT
```



# UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| HANSON HELICOPTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> OCEANAIR LOGISTICS, et al., <br><br> Defendants. | CIVIL CASE NO. CV-02-00029 |

Due to scheduling needs of the Court, IT IS HEREBY ORDERED that the PRETRIAL CONFERENCE scheduled for October 5, 2004 at 9:00 a.m. in the above captioned case is now moved to October 4, 2004 at 10:00 a.m.

DATED this 27rd day of September, 2004

Alex R. Munson
Chief Judge, United States District Court