

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| HANSON HELICOPTERS, INC., | |
|---|---|
| Plaintiff, | |
| v. | CIVIL CASE NO. CV-02-00029-ARM |
| OCEANAIR LOGISTICS, INC., et al., | ORDER |
| Defendants. | |

This matter came before the Court for Pretrial Conference on October 4, 2004. Appearing in chambers were Elyze MacDonald, Esq. for the plaintiff, Hanson Helicopters, Inc., and Steven A. Zamsky, Esq., for remaining defendants, Oceanair Logistics, Inc. and Lorenzo Lopez. The parties represented to the Court that all matters were settled and that they were prepared to submit a stipulation dismissing the case subject to certain conditions. The Court ordered the parties to submit the proper documents by October 8, 2004.

It is therefore ORDERED that the parties shall file a stipulated judgment of settlement and dismissal on or before October 8, 2004

DATED this 5TH day of October, 2004.

Alex R. Munson*
United States District Judge

---

* United States District Judge for the United States District Court for the Northern Mariana Islands, sitting by designation.