Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

FILED
DISTRICT COURT OF GUAM
OCT 1 8 2004
MARY L. M. MORAN
CLERK OF COURT



Attorneys for Defendants OceanAir Logistics and Lorenzo Lopez

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM USA

| | |
|---|---|
| HANSEN HELICOPTERS, INC., ) | CIVIL CASE NO. CIV02-00029 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | STIPULATED NOTICE |
| ) | OF DISMISSAL |
| OCEANAIR LOGISTICS, LORENZO ) | |
| LOPEZ, and AMERICAN NATIONAL ) | |
| FIRE INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

**COMES NOW**, Plaintiff Hansen Helicopters, Inc. (hereinafter **"Plaintiff"**) and Defendants OceanAir Logistics and Lorenzo Lopez (hereinafter **"Defendants"**) by and through its respective counsel and hereby stipulate to the entry of dismissal in the above entitled case;

///

///

///

**ORIGINAL**

PROVIDED, HOWEVER, that this Court shall retain jurisdiction should it be necessary to enforce the Settlement Agreement between the parties which may include the entry of the Stipulated Judgment in favor of Plaintiff and against Defendants.

Dated this **8** day of **October 2004**.

**ZAMSKY LAW FIRM**
**Attorneys for Defendants**
**OceanAir Logistics and Lorenzo Lopez**

By: _____
STEVEN A. ZAMSKY

**SO STIPULATED AND AGREED:**

**CARLSMITH BALL LLP**
**Attorneys for Plaintiff**
**Hansen Helicopters, Inc.**

By: _____
ELYZE MCDONALD

Dated: 8 October 2004

## ORDER

SO ORDERED this **18th** day of October 2004.

_____
Honorable Alex R. Munson
Designated Judge
DISTRICT COURT OF GUAM

Z8(0486.00)\PLD\P#2227

RECEIVED
OCT - 8 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM