FILED
DISTRICT COURT OF GUAM

OCT 19 2004

MARY L. M. MORAN
CLERK OF COURT

(31)

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| HANSEN HELICOPTERS, INC., | CIVIL CASE NO. 02-00029 |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| OCEANAIR LOGISTICS, LORENZO LOPEZ, and AMERICAN NATIONAL FIRE INSURANCE COMPANY, | |
| Defendants. | |

Judgment is hereby entered in accordance with the following:

1. Order filed June 10, 2003

2. Stipulated Notice of Dismissal and Order filed October 18, 2004

Dated this 19rd day of October, 2004, Hagatna, Guam.


MARY L. M. MORAN
Clerk of Court

By: _____
    Deputy Clerk

Notice is hereby given that this document was
entered on the docket on OCT 19 2004.
No separate notice of entry on the docket will
be issued by this Court.
        Mary L. M. Moran
    Clerk, District Court of Guam
By: _____  OCT 19 2004
    Deputy Clerk        Date

ORIGINAL